IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COLLEEN M. CARROLL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 8:08CV377 |
| CITY OF OMAHA, NEBRASKA, | ) | |
| CONSTANCE GARRO, JOHN | ) | ORDER |
| GASKO and TOM SHAFFER, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 15 and NECivR 15.1,

**IT IS ORDERED:**

1. The parties' Stipulation (Doc. 23) is granted, and Plaintiff may file an Amended Complaint.

2. To maintain clarity of the record, Plaintiff shall file and serve the Amended Complaint as a separate document no later than November 20, 2008. Defendants shall answer or otherwise respond to the Amended Complaint within the time allowed by Fed. R. Civ. P. 15(a)(3).

**DATED November 12, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**