## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **COLLEEN M. CARROLL,** | ) | **CASE NO. 8:08CV377** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CITY OF OMAHA, NEBRASKA,** | ) | |
| **CONSTANCE GARRO, JOHN** | ) | |
| **GASKO, and TOM SHAFFER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's Motion to Extend Time for Plaintiff to Respond to Defendant's Motion to Dismiss (Filing No. 31). Plaintiff requests a twenty-one (21) day extension of time, from December 29, 2008 until January 19, 2009, to file a response to the Defendant Constance Garro's Motion to Dismiss (Filing No. 29). Plaintiff has attached a Stipulation in which the parties agree to the requested extension. For good cause shown, the motion will be granted. Accordingly,

IT IS ORDERED:

1.  The Plaintiff's Motion to Extend Time (Filing No. 31) is granted; and

2.  The Plaintiff shall respond to the Defendant Constance Garro's Motion to Dismiss (Filing No. 29) by filing her brief and index of evidence, if any, on or before January 19, 2009.

DATED this 19th day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge