IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **COLLEEN M. CARROLL,** | ) | **CASE NO. 8:08CV377** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER OF** |
| | ) | **DISMISSAL** |
| **CITY OF OMAHA, NEBRASKA,** | ) | |
| **CONSTANCE GARRO, JOHN** | ) | |
| **GASKO, and TOM SHAFFER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the motion to dismiss filed by the Defendant, Constance Garro (Filing No. 29). Plaintiff advised the Court that she has no objection to the dismissal of Constance Garro as a defendant in this matter (Filing No. 35). The motion will be granted. Accordingly,

IT IS ORDERED:

1. The Defendant's Motion to Dismiss (Filing No. 29) is granted;

2. The Plaintiff's action against Defendant, Constance Garro is dismissed, with prejudice, and;

3. The Clerk of the Court is directed to amend the caption in this case by terminating Constance Garro as a defendant.

DATED this 26th day of January, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge