```
                                              FILED
                                         U.S. DISTRICT COURT
                                         DISTRICT OF NEBRASKA
```

IN THE UNITED STATES DISTRICT COURT         09 NOV 30 PM 12: 17
FOR THE DISTRICT OF NEBRASKA

OFFICE OF THE CLERK

| COLLEEN M. CARROLL, | ) | Case Number: 8:08CV-377 |
|---|---|---|
| Plaintiff, | ) | |
| v | ) | **CONSENT TO EXERCISE** |
| | ) | **OF JURISDICTION BY A** |
| CITY OF OMAHA, NEBRASKA, CONSTANCE | ) | **UNITED STATES MAGISTRATE JUDGE** |
| GARRO, MIKE ASHBROOK, JOHN DOE | ) | **AND** |
| and JOE DOE, | ) | **ORDER OF REFERENCE** |
| Defendants | ) | |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For Plaintiff Colleen M. Carroll | 11/24/09 |
| [signature] | For Defendants City of Omaha, Nebraska, et al | 11-24-09 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable FA Gossett, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

11/25/09
Date                                    United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

k:\clerk\proc\forms\consent.frm
08/15/03