# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLLEEN M. CARROLL, | Case Number 8:08CV-377 |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| CITY OF OMAHA, NEBRASKA, et al., | |
| Defendants. | |

This matter is before the Court upon the written Stipulation of Dismissal by Plaintiff and all Defendants (Filing 51). The Court, being fully advised in the premises, finds that all claims and causes of action herein should be dismissed without prejudice, each party to pay their own court costs.

IT IS ORDERED that the Stipulation (Filing 51) is granted, and this action is dismissed without prejudice, each party to pay his/its own court costs.

DATED March 10, 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge